**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01034-CV

### IN THE INTEREST OF O.W., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-78471-X**

## ORDER

The reporter's record is past due.  The trial court has determined that appellant is indigent and allowed to proceed without advance payment of costs.  *See* TEX. R. APP. P. 20.1(k).

This appeal cannot proceed without the reporter's record.  Accordingly, we **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court of Dallas County, Texas, to file the reporter's record on or before **OCTOBER 15, 2013**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Pamela Sumler and all counsel of record.

/s/     DAVID LEWIS
        JUSTICE